# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 19, 2023

_____

## RESPONSE REQUESTED
_____

No. 23-2267,    <u>Leonard Carroll v. Kendra Ross</u>
                1:23-cv-00057-TSK-MJA

TO:    Leonard Carroll
         Stephanie Carroll

RESPONSE DUE: 12/29/2023

Response is required to the motion to dismiss on or before 12/29/2023.

Anisha Walker, Deputy Clerk
804-916-2704